**EDWARD R. BACON GRAIN COMPANY v. Mabel G. REINECKE, Collector of Internal Revenue.**

No. 4062.

Circuit Court of Appeals, Seventh Circuit.

Jan. 21, 1929.

For opinion below, see 26 F.(2d) 705.

Edwin Cassels, Kenneth B. Hawkins, and Barry Gilbert, all of Chicago, Ill., for appellant.

George E. Q. Johnson, U. S. Atty., of Chicago, Ill., for appellee.

PER CURIAM.

Judgment affirmed.

**In the Matter of Julius HARRIS, Bankrupt, Appellant.**

No. 106.

Circuit Court of Appeals, Second Circuit.

Dec. 11, 1931.

Nathan Heller, of Flushing, N. Y. (Harry L. Scholer, of Jamaica, N. Y., of counsel), for appellant.

Chester E. Frankel, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.